1   HEATHER E. WILLIAMS, CA Bar #122664
    Federal Defender
2   REED GRANTHAM, CA Bar #294171
    Assistant Federal Defender
3   Office of the Federal Defender
    2300 Tulare Street, Suite 330
4   Fresno, CA 93721-2226
    Telephone: (559) 487-5561
5   Fax: (559) 487-5950

6   Attorney for Defendant
    LORENE DEANDA

7

8           IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,          Case No. 1:18-cr-00261-LJO-SKO

12              Plaintiff,
                                        **REQUEST FOR RULE 43 WAIVER OF**
13   vs.                                **APPEARANCE; ORDER**

14   LORENE DEANDA,

15              Defendant.

16

17

18          Pursuant to Federal Rule of Criminal Procedure 43(b)(3), Lorene Deanda, having been

19   advised of her right to be present at all stages of the proceedings, hereby requests that this Court

20   permit her to waive his right to personally appear at all non-substantive proceedings. Ms. Deanda

21   agrees that her interests shall be represented at all times by the presence of her attorney, the Office

22   of the Federal Defender for the Eastern District of California, the same as if she were personally

23   present, and requests that this Court allow her attorney-in-fact to represent her interests at all times.

24   //

25   //

26   //

27   //

28
                            Respectfully submitted,

Date: March 25, 2019                    /s/ Original Signature on File
                                        LORENE DEANDA


                                        HEATHER E. WILLIAMS
                                        Federal Defender

Date: March 25, 2019                    /s/ Reed Grantham
                                        REED GRANTHAM
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        LORENE DEANDA


**O R D E R**

    Defendant's request for a waiver of appearance is granted. Pursuant to Rule 43(b)(3), defendant's appearance is waived at all non-substantive pretrial proceedings until further order of the Court.


IT IS SO ORDERED.

Dated:  **March 25, 2019**              /s/ Sheila K. Oberto
                                        UNITED STATES MAGISTRATE JUDGE

Deanda - Request for Rule 43 Waiver