HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
LORENE DEANDA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LORENE DEANDA,<br><br>Defendant. | Case No. 1:18-cr-00261-NONE-SKO<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER**<br><br>Date:  October 5, 2020<br>Time:  2:00 p.m.<br>Judge: Hon. Sheila K. Oberto |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Henry Carbajal, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for Lorene Deanda, that the status conference currently scheduled for June 15, 2020, at 1:00 p.m. may be continued to October 5, 2020, at 1:00 p.m.

This case is set for status conference on June 15, 2020. On May 13, 2020, this Court issued General Order 618, which extended the previous restrictions on courthouse access and in-court hearings until further notice from the Court. This General Order was entered to address public health concerns related to COVID-19. By this stipulation, the parties now move to continue the status conference until October 5, 2020, and to exclude time between June 15, 2020, and October 5, 2020, under 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) and Local Code T4.

The parties agree and stipulate, and request that the Court find the following. The government has represented that the discovery associated with this case currently includes more than 150,000 pages of discovery, including a significant volume of financial records, investigative reports, and related documents. This discovery has been either produced directly to counsel and/or made available for inspection and copying. Counsel for defendant desires additional time to continue the review and analysis of the substantial amount of discovery in the case and to further defense investigation in the case.

Additionally, due to the ongoing and evolving COVID-19 pandemic, counsel requires additional time to meaningfully communicate with the defendant. A continuance in this matter is particularly appropriate in this case because the defendant is in a high-risk category with respect to COVID-19 and counsel has been encouraged to telework and minimize personal contact to the greatest extent possible.

Lastly, the government intends to provide counsel for the defendant with a proposed plea agreement in advance of the next proposed status conference, and as a result, counsel will need time to discuss and communicate the proposed plea agreement with the defendant.

Thus, the requested continuance will conserve time and resources for the parties and the Court. Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The government does not object to the continuance.

Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 15, 2020, to October 5, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Date: June 9, 2020                          */s/ Henry Carbajal*
                                          HENRY CARBAJAL
                                          Assistant United States Attorney
                                          Attorney for Plaintiff

                                          HEATHER E. WILLIAMS
                                          Federal Defender

Date: June 9, 2020                          */s/ Reed Grantham*
                                          REED GRANTHAM
                                          Assistant Federal Defender
                                          Attorney for Defendant
                                          LORENE DEANDA

## **O R D E R**

Pursuant to the parties' stipulation, the status conference currently scheduled for June 15, 2020, at 1:00 p.m. is hereby continued to October 5, 2020, at 1:00 p.m.  The time period of the date of this order to October 5, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:   **June 9, 2020**                                          /s/ *Sheila K. Oberto*
                                                                                 UNITED STATES MAGISTRATE JUDGE