HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
LORENE DEANDA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:18-cr-00261-NONE-SKO |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER** |
| vs. | |
| LORENE DEANDA, | Date:   January 20, 2021<br>Time:   1:00 p.m. |
| Defendant. | Judge: Hon. Sheila K. Oberto |

   IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Henry Carbajal, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for Lorene Deanda, that the status conference currently scheduled for October 5, 2020, at 1:00 p.m. may be continued to January 20, 2021, at 1:00 p.m.

   This case is set for status conference on October 5, 2020. On May 13, 2020, this Court issued General Order 618, which extended the previous restrictions on courthouse access and in-court hearings until further notice from the Court. This General Order was entered to address public health concerns related to COVID-19. By this stipulation, the parties now move to continue the status conference until January 20, 2021, and to exclude time between October 5, 2020, and January 20, 2021, under 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) and Local Code T4.

1	The parties agree and stipulate, and request that the Court find the following. The
2	government has represented that the discovery associated with this case currently includes more
3	than 150,000 pages of discovery, including a significant volume of financial records,
4	investigative reports, and related documents. This discovery has been either produced directly to
5	counsel and/or made available for inspection and copying. Counsel for defendant desires
6	additional time to continue the review and analysis of the substantial amount of discovery in the
7	case and to further defense investigation in the case.

8	Additionally, due to the ongoing and evolving COVID-19 pandemic, counsel requires
9	additional time to meaningfully communicate with the defendant. A continuance in this matter is
10	particularly appropriate in this case because the defendant is in a high-risk category with respect
11	to COVID-19 and counsel has been encouraged to telework and minimize personal contact to the
12	greatest extent possible.

13	Lastly, the government intends to provide counsel for the defendant with a proposed plea
14	agreement in the interim, and as a result, counsel will need time to discuss and communicate the
15	proposed plea agreement with the defendant.

16	Thus, the requested continuance will conserve time and resources for the parties and the
17	Court. Counsel for defendant believes that failure to grant the above-requested continuance
18	would deny him/her the reasonable time necessary for effective preparation, taking into account
19	the exercise of due diligence. The government does not object to the continuance.

20	Based on the above-stated findings, the ends of justice served by continuing the case as
21	requested outweigh the interest of the public and the defendant in a trial within the original date
22	prescribed by the Speedy Trial Act. For the purpose of computing time under the Speedy Trial
23	Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 5,
24	2020, to January 20, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C. §§
25	3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) [Local Code T4] because it results from a
26	continuance granted by the Court at defendant's request on the basis of the Court's finding that
27	the ends of justice served by taking such action outweigh the best interest of the public and the
28	defendant in a speedy trial.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  |  |
|  | McGREGOR W. SCOTT<br>United States Attorney |
| Date: September 28, 2020 | */s/ Henry Carbajal*<br>HENRY CARBAJAL<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|  |  |
|  | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: September 28, 2020 | */s/ Reed Grantham*<br>REED GRANTHAM<br>Assistant Federal Defender<br>Attorney for Defendant<br>LORENE DEANDA |

**O R D E R**

Pursuant to the parties' stipulation, the status conference currently scheduled for October 5, 2020, at 1:00 p.m. is hereby continued to January 20, 2021, at 1:00 p.m. The time period from the date of this order to January 20, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: **September 28, 2020**             */s/ Sheila K. Oberto*
                                                                 UNITED STATES MAGISTRATE JUDGE