1   HEATHER E. WILLIAMS, CA Bar #122664
    Federal Defender
2   REED GRANTHAM, CA Bar #294171
    Assistant Federal Defender
3   Office of the Federal Defender
    2300 Tulare Street, Suite 330
4   Fresno, CA  93721-2226
    Telephone: (559) 487-5561
5   Fax: (559) 487-5950

6   Attorneys for Defendant
    LORENE DEANDA
7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,                 Case No. 1:18-cr-00261-NONE-SKO

12              Plaintiff,                     **STIPULATION TO CONTINUE STATUS
                                               CONFERENCE; ORDER**
13  vs.

14  LORENE DEANDA,                            Date:  May 19, 2021
                                              Time:  1:00 p.m.
15              Defendant.                    Judge: Hon. Sheila K. Oberto

16

17          IT IS HEREBY STIPULATED by and between the parties through their respective

18  counsel, Assistant United States Attorney Henry Carbajal, counsel for plaintiff, and Assistant

19  Federal Defender Reed Grantham, counsel for Lorene Deanda, that the status conference

20  currently scheduled for January 20, 2021, at 1:00 p.m. may be continued to May 19, 2021, at

21  1:00 p.m.

22          This case is set for status conference on January 20, 2021. On May 13, 2020, this Court

23  issued General Order 618, which extended the previous restrictions on courthouse access and in-

24  court hearings until further notice from the Court. This General Order was entered to address

25  public health concerns related to COVID-19. By this stipulation, the parties now move to

26  continue the status conference until May 19, 2021, and to exclude time between January 20,

27  2021, and May 19, 2021, under 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv)

28  and Local Code T4.

1    The parties agree and stipulate, and request that the Court find the following. The

2    discovery associated with this case currently includes more than 150,000 pages of discovery,

3    including a significant volume of financial records, investigative reports, and related documents.

4    This discovery has been either produced directly to counsel and/or made available for inspection

5    and copying. Counsel for defendant desires additional time to continue the review and analysis

6    of the substantial amount of discovery in the case and to further defense investigation in the case.

7    Additionally, due to the ongoing and evolving COVID-19 pandemic, counsel requires

8    additional time to meaningfully communicate with the defendant. A continuance in this matter is

9    particularly appropriate in this case because the defendant is in a high-risk category with respect

10   to COVID-19 and counsel has been encouraged to telework and minimize personal contact to the

11   greatest extent possible.

12   Lastly, the government is working to provide counsel for the defendant with a proposed

13   plea agreement which counsel will need time to discuss and communicate the proposed plea

14   agreement with the defendant.

15   Thus, the requested continuance will conserve time and resources for the parties and the

16   Court. Counsel for defendant believes that failure to grant the above-requested continuance

17   would deny him/her the reasonable time necessary for effective preparation, taking into account

18   the exercise of due diligence. The government does not object to the continuance.

19   Based on the above-stated findings, the ends of justice served by continuing the case as

20   requested outweigh the interest of the public and the defendant in a trial within the original date

21   prescribed by the Speedy Trial Act. For the purpose of computing time under the Speedy Trial

22   Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 20,

23   2021, to May 19, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A)

24   and 3161(h)(7)(B)(i), (ii) and (iv) [Local Code T4] because it results from a continuance granted

25   by the Court at defendant's request on the basis of the Court's finding that the ends of justice

26   served by taking such action outweigh the best interest of the public and the defendant in a

27   speedy trial.

28

Deanda – Stipulation to Continue                    2
Status Conference

1

Respectfully submitted,

2

3

McGREGOR W. SCOTT
United States Attorney

4

Date: January 12, 2021

*/s/ Henry Carbajal*
HENRY CARBAJAL
Assistant United States Attorney
Attorney for Plaintiff

5

6

7

HEATHER E. WILLIAMS
Federal Defender

8

9

Date: January 12, 2021

*/s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
LORENE DEANDA

10

11

12

13

14

# **O R D E R**

15

Pursuant to the parties' stipulation, the time period of the date of this order to May 19,

16

2021, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and

17

3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the Court at

18

defendant's request on the basis of the Court's finding that the ends of justice served by taking

19

such action outweigh the best interest of the public and the defendant in a speedy trial. The status

20

conference currently scheduled for January 20, 2021, at 1:00 p.m. is hereby continued to May 19,

21

2021, at 1:00 p.m.

22

23

IT IS SO ORDERED.

24

Dated:   **January 13, 2021**

/s/ *Sheila K. Oberto*

25

UNITED STATES MAGISTRATE JUDGE

26

27

28