HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
LORENE DEANDA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:18-cr-00261-JLT-SKO |
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER** |
| vs. | |
| LORENE DEANDA, | Date:  July 20, 2022<br>Time:  1:00 p.m. |
| Defendant. | Judge: Hon. Sheila K. Oberto |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Henry Carbajal, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for Lorene Deanda, that the status conference currently scheduled for May 4, 2022, at 1:00 p.m. may be continued to July 20, 2022, at 1:00 p.m.

This case is set for status conference on May 4, 2022. On May 13, 2020, this Court issued General Order 618, which extended the previous restrictions on courthouse access and in-court hearings until further notice from the Court. This General Order was entered to address public health concerns related to COVID-19. By this stipulation, the parties now move to continue the status conference until July 20, 2022, and to exclude time between May 4, 2022, and July 20, 2022, under 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv).

The parties agree and stipulate, and request that the Court find the following. The

discovery associated with this case currently includes more than 150,000 pages of discovery, including a significant volume of financial records, investigative reports, and related documents. This discovery has been either produced directly to counsel and/or made available for inspection and copying. In particular, since the last status conference additional discovery has been made available upon defendant's request. The defense currently remains in the process of reviewing this discovery with his client.

In addition to the above, the discovery in this matter is subject to a protective order submitted by the parties, which limits defense counsel's ability to provide copies of the discovery to the defendant. *See* Dkt. #14. Accordingly, defense counsel has been limited in his ability to meet in-person with the defendant and only recently has been able to review aspects of the discovery with the defendant in-person. Additionally, the government has extended a plea offer in this matter and defense counsel is in need of additional time to engage in additional plea discussions with the government. The parties believe that setting one final status conference will provide sufficient time to resolve the matter.

The requested continuance will conserve time and resources for the parties and the Court. Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The government does not object to the continuance.

Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 4, 2022, to July 20, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

//

//

|   |   |
|---|---|
|   | Respectfully submitted, |
|   |   |
|   | PHILLIP A. TALBERT<br>United States Attorney |
| Date: April 27, 2022 | */s/ Henry Carbajal*<br>HENRY CARBAJAL<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|   |   |
|   | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: April 27, 2022 | */s/ Reed Grantham*<br>REED GRANTHAM<br>Assistant Federal Defender<br>Attorney for Defendant<br>LORENE DEANDA |

**O R D E R**

**IT IS SO ORDERED.** The time period of the date of this order to July 20, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. The status conference currently scheduled for May 4, 2022, at 1:00 p.m. is hereby continued to July 20, 2022, at 1:00 p.m.

The parties shall be prepared to select a mutually agreeable trial date at the next status conference.

Date: 4/27/2022                               *Sheila K. Oberto*
                                              Hon. Sheila K. Oberto
                                              United States Magistrate Judge