HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
LORENE DEANDA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:18-cr-00261-JLT-SKO |
|---|---|
| Plaintiff, | **STIPULATION TO VACATE STATUS CONFERENCE AND SET CHANGE OF PLEA HEARING; ORDER** |
| vs. | |
| LORENE DEANDA, | Date:   September 16, 2022 |
| Defendant. | Time:  9:00 a.m. |
| | Judge: Hon. Jennifer L. Thurston |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Henry Carbajal, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for Lorene Deanda, that the status conference currently scheduled for July 20, 2022, at 1:00 p.m. may be vacated, and the matter set for a change of plea hearing on September 16, 2022, at 9:00 a.m.

This case is set for status conference on July 20, 2022. On May 13, 2020, this Court issued General Order 618, which extended the previous restrictions on courthouse access and in-court hearings until further notice from the Court. This General Order was entered to address public health concerns related to COVID-19. By this stipulation, the parties now move to vacate the status conference on July 20, 2022, and to exclude time between July 20, 2022, and September 16, 2022, under 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv).

The parties agree and stipulate, and request that the Court find the following. The parties

1  have held discussions regarding a resolution in this matter. The government has provided an

2  initial plea offer and the defense has submitted a counter-proposal. Based on these discussions,

3  the parties believe that a resolution is likely, however, there are several details that the parties

4  need to discuss further prior to finalizing any agreement. The parties are requesting to set the

5  matter for a change of plea hearing before the district court, but doing so with sufficient time for

6  the parties to work out the specifics of any resolution.

7        The parties also note that both counsel have periods over the next month and a half where

8  counsel will be out of the office. Accordingly, the date proposed countenances counsel's

9  unavailability and the need for time to finalize any resolution. The requested continuance will

10  conserve time and resources for the parties and the Court. Counsel for defendant believes that

11  failure to grant the above-requested continuance would deny him the reasonable time necessary

12  for effective preparation, taking into account the exercise of due diligence, and the government

13  does not object to the continuance.

14        Based on the above-stated findings, the ends of justice served by continuing the case as

15  requested outweigh the interest of the public and the defendant in a trial within the original date

16  prescribed by the Speedy Trial Act. For the purpose of computing time under the Speedy Trial

17  Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 20,

18  2022, to September 16, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C. §§

19  3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by

20  the Court at defendant's request on the basis of the Court's finding that the ends of justice served

21  by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

22                           Respectfully submitted,

23

24                           PHILLIP A. TALBERT
                         United States Attorney

25  Date: July 12, 2022               /s/ Henry Carbajal

26                           HENRY CARBAJAL
                         Assistant United States Attorney
                         Attorney for Plaintiff

27

28

1    HEATHER E. WILLIAMS
     Federal Defender
2

3    Date: July 12, 2022                    /s/ Reed Grantham
                                            REED GRANTHAM
4                                           Assistant Federal Defender
                                            Attorney for Defendant
5                                           LORENE DEANDA

6

7

8                              **O R D E R**

9        **IT IS SO ORDERED.** The time period from July 20, 2022, to September 16, 2022,

10   inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i),

11   (ii) and (iv) because it results from a continuance granted by the Court at defendant's request on

12   the basis of the Court's finding that the ends of justice served by taking such action outweigh the

13   best interest of the public and the defendant in a speedy trial. The status conference currently

14   scheduled for July 20, 2022, at 1:00 p.m. is hereby vacated, and a change of plea hearing is

15   hereby set for September 16, 2022, at 9:00 a.m. before District Judge Jennifer L.

16   Thurston.

17

18

19   Date: 7/13/2022                          *Sheila K. Oberto*
                                             Hon. Sheila K. Oberto
20                                           United States Magistrate Judge

21

22

23

24

25

26

27

28

Deanda – Stipulation to Vacate Status Conference        3
and Set Change of Plea Hearing