HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
LORENE DEANDA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LORENE DEANDA,<br><br>Defendant. | Case No. 1:18-cr-00261-JLT-SKO<br><br>**STIPULATION TO CONTINUE CHANGE OF PLEA HEARING; ORDER**<br><br>Date:   October 14, 2022<br>Time:  9:00 a.m.<br>Judge: Hon. Jennifer L. Thurston |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Henry Carbajal, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for Lorene Deanda, that the change of plea hearing currently scheduled for September 16, 2022, at 9:00 p.m. may be continued to October 14, 2022, at 9:00 a.m.

This case is set for a change of plea hearing on September 16, 2022. On May 13, 2020, this Court issued General Order 618, which extended the previous restrictions on courthouse access and in-court hearings until further notice from the Court. This General Order was entered to address public health concerns related to COVID-19. By this stipulation, the parties now move to continue the change of plea hearing from September 16, 2022, to October 14, 2022, and to exclude time until October 14, 2022, under 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv).

1    The parties agree and stipulate, and request that the Court find the following. The parties have been in active discussions to finalize a plea agreement in this matter. The government provided an initial plea offer and the defense has submitted a counter-proposal. As part of this proposal, the defense provided the government with additional information that the government is in the process of evaluating. By way of background, this case involves voluminous discovery and the resolution that the parties are pursuing necessitates a close review of extensive financial records. The parties continue to believe that a resolution is likely, however, there are several details that the parties are in the process of evaluating prior to finalizing any agreement. The parties are requesting to continue the change of plea hearing in this matter so as to provide the parties with additional time to finalize plea negotiations.

It is expected that the requested continuance will conserve time and resources for the parties and the Court. Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and the government does not object to the continuance.

Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 16, 2022, to October 14, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: September 9, 2022        */s/ Henry Carbajal*
                               HENRY CARBAJAL
                               Assistant United States Attorney
                               Attorney for Plaintiff

|   |   |
|---|---|
| | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: September 9, 2022 | */s/ Reed Grantham*<br>REED GRANTHAM<br>Assistant Federal Defender<br>Attorney for Defendant<br>LORENE DEANDA |

## **O R D E R**

**IT IS SO ORDERED.** The time period from September 16, 2022, to October 14, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. The change of plea hearing currently scheduled for September 16, 2022, at 9:00 a.m. is hereby continued to October 14, 2022, at 9:00 a.m.

IT IS SO ORDERED.

Dated:   **September 9, 2022**                                    /s/ Jennifer L. Thurston
                                                                                    UNITED STATES DISTRICT JUDGE