PHILLIP A. TALBERT
United States Attorney
HENRY Z. CARBAJAL III
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:18-cr-00261-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE CHANGE OF PLEA HEARING; FINDINGS AND ORDER |
| v. | |
| LORENE DEANDA, | DATE: November 18, 2022<br>TIME: 9:00 a.m. |
| Defendant. | JUDGE: Hon. Jennifer L. Thurston |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendant, by and through her counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a change of plea hearing on October 14, 2022 at 9:00 a.m.

2. By this stipulation, defendant now moves to continue the change of plea hearing until **November 18, 2022, at 9:00 a.m.** before Judge Thurston, and to exclude time between the date of this stipulation and November 18, 2022 under 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv). The government joins in this request.

3. The parties agree and stipulate, and request that the Court find the following:

1

a. The government has represented that the discovery associated with this case currently includes over 150,000 pages of discovery, including a significant volume of financial records, investigative reports and related documents. This discovery has been either produced directly to counsel and/or made available for inspection and copying.

b. The parties have been in active discussions to finalize a plea agreement in this matter. As part of those discussions, the government provided an initial plea offer and in response the defense submitted a counter-proposal and provided the government with additional information relevant to resolving the matter. In response, the government has recently produced significant additional discovery including additional financial records to defense, as well as an updated plea agreement. The defense is in the process of evaluating the newly provided records and plea agreement, which necessitates a close review of financial records. As a result, the defense requires additional time to review this discovery and to continue plea negotiations. Such a continuance will conserve time and resources for the parties and the Court.

c. Counsel for defendant believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d. The government does not object to, and agrees with, the requested continuance.

e. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of the date of this stipulation to November 18, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the Court at

defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED: October 11, 2022

/s/Reed B. Grantham
REED B. GRANTHAM
Counsel for Defendant
LORENE DEANDA

DATED: October 11, 2022

/s/ Henry Z. Carbajal III
HENRY Z. CARBAJAL III
Assistant United States Attorney

**O R D E R**

Based upon the foregoing, the Court FINDS that the time period of the date of this order to November 18, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:   **October 12, 2022**

UNITED STATES DISTRICT JUDGE