HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
LORENE DEANDA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LORENE DEANDA,<br><br>Defendant. | Case No. 1:18-cr-00261-JLT-SKO<br><br>**STIPULATION TO CONTINUE CHANGE OF PLEA HEARING; ORDER**<br><br>Date:   January 20, 2023<br>Time:  9:00 a.m.<br>Judge: Hon. Jennifer L. Thurston |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Henry Carbajal, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for Lorene Deanda, that the change of plea hearing currently scheduled for November 18, 2022, at 9:00 a.m. may be continued to January 20, 2023, at 9:00 a.m.

This case is set for a change of plea hearing on November 18, 2022. On May 13, 2020, this Court issued General Order 618, which extended the previous restrictions on courthouse access and in-court hearings until further notice from the Court. This General Order was entered to address public health concerns related to COVID-19. By this stipulation, the parties now move to continue the change of plea hearing from November 18, 2022, to January 20, 2023, and to exclude time until January 20, 2023, under 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv).

The parties agree and stipulate, and request that the Court find the following. The parties have been in active and continuous discussions to finalize a plea agreement in this matter. The government provided an initial plea offer, to which the defense submitted a counter-proposal. As part of this proposal, the defense provided the government with additional information for it to evaluate. *See* Dkt. #51 at 2. Thereafter, the government produced significant additional discovery, including voluminous financial records, as well as an updated plea agreement. *See* Dkt. #53 at 2. The defense has been in the process of reviewing the recently provided discovery, which requires a close review of financial records, and is considering the recently provided updated plea agreement. Further information was provided by the government to the defense this week. As a result, the defense requires additional time to review this material and to continue the ongoing plea negotiations.

By way of background, this case involves voluminous discovery and the resolution that the parties are pursuing necessitates a close review of extensive financial records. The parties continue to believe that a resolution is likely, however, there are several details that the parties are in the process of evaluating prior to finalizing any agreement. The parties are requesting to continue the change of plea hearing in this matter so as to provide the parties with additional time to finalize plea negotiations. It is expected that the requested continuance will conserve time and resources for the parties and the Court. Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and the government does not object to the continuance.

Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 18, 2022, to January 20, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served

by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

                                               Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: November 9, 2022                */s/ Henry Carbajal*
                                            HENRY CARBAJAL
                                            Assistant United States Attorney
                                            Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender


Date: November 9, 2022                */s/ Reed Grantham*
                                            REED GRANTHAM
                                            Assistant Federal Defender
                                            Attorney for Defendant
                                            LORENE DEANDA

## **O R D E R**

**IT IS SO ORDERED.** The time period from November 18, 2022, to January 20, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. The change of plea hearing currently scheduled for November 18, 2022, at 9:00 a.m. is hereby continued to January 20, 2023, at 9:00 a.m.

IT IS SO ORDERED.

Dated:   **November 10, 2022**                                        
                                                                     UNITED STATES DISTRICT JUDGE