HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
LORENE DEANDA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LORENE DEANDA,<br><br>Defendant. | Case No. 1:18-cr-00261-JLT-SKO<br><br>**STIPULATION TO CONTINUE CHANGE OF PLEA HEARING; ORDER**<br><br>Date: February 21, 2023<br>Time: 10:00 a.m.<br>Judge: Hon. Jennifer L. Thurston |

   IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Henry Carbajal, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for Lorene Deanda, that the change of plea hearing currently scheduled for January 20, 2023, at 9:00 a.m. may be continued to February 21, 2023, at 10:00 a.m.

   The parties agree and stipulate, and request that the Court find the following. The parties have been in active and continuous discussions to finalize a plea agreement in this matter. The government provided an initial plea offer, to which the defense submitted a counter-proposal. As part of this proposal, the defense provided the government with additional information for it to evaluate. *See* Dkt. #51 at 2. Thereafter, the government produced significant additional discovery, including voluminous financial records, as well as an updated plea agreement. *See* Dkt. #53 at 2. The defense has been in the process of reviewing the recently provided

voluminous discovery, which requires a close review of financial records, and is considering the recently provided updated plea agreement. As part of this process, the defense has submitted as of this week further information for the government to consider as the parties continue to negotiate a plea agreement in this matter. In addition, on December 28, 2022, Ms. Deanda underwent a medical procedure that has impacted her ability to travel for approximately six weeks. Since Ms. Deanda resides in Modesto, the time requested herein further countenances undersigned counsel's need for sufficient time to review any proposed plea agreement in detail with his client in-person. Accordingly, the parties require additional time to explore these plea negotiations.

By way of background, this case involves voluminous discovery and the resolution that the parties are pursuing necessitates a close review of extensive financial records. The parties continue to believe that a resolution is likely, however, there are several details that the parties remain in the process of evaluating prior to finalizing any agreement. The parties are requesting to continue the change of plea hearing in this matter so as to provide the parties with additional time to finalize plea negotiations. It is expected that the requested continuance will ultimately conserve time and resources for the parties and the Court. Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and the government does not object to the continuance.

Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 20, 2023, to February 21, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: January 13, 2023            */s/ Henry Carbajal*
                                  HENRY CARBAJAL
                                  Assistant United States Attorney
                                  Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: January 13, 2023            */s/ Reed Grantham*
                                  REED GRANTHAM
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  LORENE DEANDA


## O R D E R

**IT IS SO ORDERED.** The time period from January 20, 2023, to February 21, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. The change of plea hearing currently scheduled for January 20, 2023, at 9:00 a.m. is hereby continued to February 21, 2023, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   **January 17, 2023**                            _____
                                                         UNITED STATES DISTRICT JUDGE