1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  REED GRANTHAM, CA Bar #294171
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   LORENE DEANDA
7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        Case No. 1:18-cr-00261-JLT-SKO

12 |            Plaintiff,            **STIPULATION TO CONTINUE CHANGE OF PLEA HEARING; ORDER**

13 | vs.
                                      Date:  March 13, 2023
14 | LORENE DEANDA,                   Time:  10:00 a.m.
                                      Judge: Hon. Jennifer L. Thurston
15 |            Defendant.

16

17       IT IS HEREBY STIPULATED by and between the parties through their respective

18 counsel, Assistant United States Attorney Henry Carbajal, counsel for plaintiff, and Assistant

19 Federal Defender Reed Grantham, counsel for Lorene Deanda, that the change of plea hearing

20 currently scheduled for February 21, 2023, at 10:00 a.m. may be continued to March 13, 2023, at

21 10:00 a.m.

22       The parties agree and stipulate, and request that the Court find the following. The parties

23 have been in active and continuous discussions to finalize a plea agreement in this matter. The

24 government provided an initial plea offer, to which the defense submitted a counter-proposal. As

25 part of this proposal, the defense provided the government with additional information for it to

26 evaluate. *See* Dkt. #51 at 2. Thereafter, the government produced significant additional

27 discovery, including voluminous financial records, as well as an updated plea agreement. *See*

28 Dkt. #53 at 2. After reviewing this voluminous discovery, the defense submitted further

information for the government to consider as the parties continue to negotiate a plea agreement in this matter.

At this time, it is the parties' belief that this matter will resolve pursuant to a plea agreement. However, the parties are currently in the process of finalizing its terms, and, as a result, the parties require additional time. In addition, on December 28, 2022, Ms. Deanda underwent a medical procedure on her knee that has impacted her ability to travel (Ms. Deanda resides in Modesto) for approximately six weeks and to meet in-person with counsel to finalize plea negotiations. It is anticipated that the limit on her ability to travel will end on or by February 23, 2023. It is expected that the continuance requested herein will ensure counsel's ability to meet with Ms. Deanda and her ability to travel for any in-person proceedings before the Court.

By way of background, this case involves voluminous discovery and the resolution that the parties are pursuing necessitates a close review of extensive financial records. The parties are requesting to continue the change of plea hearing in this matter so as to provide the parties with additional time to finalize plea negotiations. It is expected that the requested continuance will ultimately conserve time and resources for the parties and the Court. Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and the government does not object to the continuance.

Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 21, 2023, to March 13, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

|   |   |
|---|---|
|   | Respectfully submitted, |
|   |   |
|   | PHILLIP A. TALBERT<br>United States Attorney |
| Date: February 14, 2023 | */s/ Henry Carbajal*<br>HENRY CARBAJAL<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|   |   |
|   | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: February 14, 2023 | */s/ Reed Grantham*<br>REED GRANTHAM<br>Assistant Federal Defender<br>Attorney for Defendant<br>LORENE DEANDA |

**O R D E R**

**IT IS SO ORDERED.** The time period from February 21, 2023, to March 13, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. The change of plea hearing currently scheduled for February 21, 2023, at 10:00 a.m. is hereby continued to March 13, 2023, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   **February 14, 2023**

UNITED STATES DISTRICT JUDGE