HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
LORENE DEANDA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:18-cr-00261-JLT-SKO |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE CHANGE OF PLEA HEARING; ORDER** |
| vs. | Date:  April 3, 2023 |
| LORENE DEANDA, | Time:  10:00 a.m. |
| Defendant. | Judge: Hon. Jennifer L. Thurston |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Henry Carbajal, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for Lorene Deanda, that the change of plea hearing currently scheduled for March 13, 2023, at 10:00 a.m. may be continued to April 3, 2023, at 10:00 a.m.

The parties agree and stipulate, and request that the Court find the following. The parties have been in active and continuous discussions to finalize a plea agreement in this matter. This process has involved the production of additional discovery and the submission of various good faith proposals and counter-proposals between the parties. At this time, the parties believe that an agreement has been reached, however, counsel for Ms. Deanda requires additional time to review the final details of the plea agreement with Ms. Deanda and to sign the plea agreement. Additionally, as a result of a medical procedure that Ms. Deanda underwent at the end of

1  December, her ability to travel to meet with counsel to review the plea agreement has been
2  impacted. The continuance requested herein is intended to provide counsel sufficient opportunity
3  to finalize the plea agreement in this matter.
4      By way of background, this case involves voluminous discovery and the resolution that
5  the parties are pursuing has necessitated a close review of extensive financial records. The
6  parties are requesting to continue the change of plea hearing in this matter so as to provide the
7  parties with additional time to finalize plea negotiations. It is expected that the requested
8  continuance will ultimately conserve time and resources for the parties and the Court. Counsel
9  for defendant believes that failure to grant the above-requested continuance would deny him the
10 reasonable time necessary for effective preparation, taking into account the exercise of due
11 diligence, and the government does not object to the continuance.
12     Based on the above-stated findings, the ends of justice served by continuing the case as
13 requested outweigh the interest of the public and the defendant in a trial within the original date
14 prescribed by the Speedy Trial Act. For the purpose of computing time under the Speedy Trial
15 Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 13,
16 2023, to April 3, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A)
17 and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the Court at
18 defendant's request on the basis of the Court's finding that the ends of justice served by taking
19 such action outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: March 8, 2023    */s/ Henry Carbajal*
HENRY CARBAJAL
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: March 8, 2023                    /s/ Reed Grantham
                                       REED GRANTHAM
                                       Assistant Federal Defender
                                       Attorney for Defendant
                                       LORENE DEANDA

# O R D E R

**IT IS SO ORDERED.** The time period from March 13, 2023, to April 3, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. The change of plea hearing currently scheduled for March 13, 2023, at 10:00 a.m. is hereby continued to April 3, 2023, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   **March 9, 2023**                            _____
                                                      UNITED STATES DISTRICT JUDGE