PHILLIP A. TALBERT
United States Attorney
HENRY Z. CARBAJAL III
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 1:18-CR-00261-JLT-SKO |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | APPLICATION AND ORDER FOR MONEY JUDGMENT |
| LORENE DEANDA | ) | |
| Defendant. | ) | |

On April 3, 2023, defendant Lorene Deanda entered a guilty plea to Count One – Mail Fraud in violation of 18 U.S.C. § 1341 of the Indictment.

As part of her plea agreement with the United States, defendant Lorene Deanda agreed to forfeit voluntarily and immediately up to $566,062.44, as a personal money judgment pursuant to Fed. R. Crim. P. 32.2(b)(1), which reflects a reasonable compromise between the parties for forfeiture purposes concerning the proceeds the defendant obtained as a result of a violation of 18 U.S.C. § 1341, to which she has pled guilty.  See Defendant Deanda's Plea Agreement ¶ II.F.  Plaintiff hereby applies for entry of a money judgment as follows:

1. Pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(b)(1), the Court shall impose a personal forfeiture money judgment against defendant Lorene Deanda in the amount of $566,062.44.

///

2.       The above-referenced personal forfeiture money judgment is imposed based on defendant Lorene Deanda's conviction for violating 18 U.S.C. § 1341 (Count One).  Said amount reflects a reasonable compromise between the parties for forfeiture purposes concerning the proceeds the defendant obtained, which the defendant agreed is subject to forfeiture based on the offense of conviction.  Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law.

3.       Payment of the personal forfeiture money judgment should be made in the form of a cashier's check made payable to the U.S. Marshals Service, and sent to the U.S. Attorney's Office, Attn: Asset Forfeiture Unit, 2500 Tulare Street, Suite 4401, Fresno, CA 93721.  Prior to the imposition of sentence, any funds delivered to the United States to satisfy the personal money judgment shall be seized and held by the U.S. Marshals Service, in its secure custody and control.

DATED:  May 11, 2023                         PHILLIP A. TALBERT
                                             United States Attorney


                                             /s/ Henry Z. Carbajal III
                                             HENRY Z. CARBAJAL III
                                             Assistant U.S. Attorney

## O R D E R

For good cause shown, the Court hereby imposes a personal forfeiture money judgment against defendant Lorene Deanda in the amount of $566,062.44.  Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law.  Prior to the imposition of sentence, any funds delivered to the United States to satisfy the personal money judgment shall be seized and held by the U.S. Marshals, in its secure custody and control.

IT IS SO ORDERED.

   Dated:   **May 11, 2023**                                            _Jennifer L. Thurston_
                                                                   UNITED STATES DISTRICT JUDGE

2