1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  REED GRANTHAM, CA Bar #294171
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   LORENE DEANDA

7

8            IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          Case No. 1:18-cr-00261-JLT-SKO

12              Plaintiff,             **STIPULATION TO CONTINUE
                                       SENTENCING; ORDER**
13  vs.
                                       Date:   August 14, 2023
14  LORENE DEANDA,                     Time:  10:00 a.m.
                                       Judge: Hon. Jennifer L. Thurston
15              Defendant.

16

17       IT IS HEREBY STIPULATED by and between the parties through their respective

18  counsel, Assistant United States Attorney Henry Carbajal, counsel for plaintiff, and Assistant

19  Federal Defender Reed Grantham, counsel for Lorene Deanda, that the sentencing hearing

20  currently scheduled for July 24, 2023, at 10:00 a.m. may be continued to August 14, 2023, at

21  10:00 a.m.

22       Ms. Deanda entered a plea of guilty, pursuant to a plea agreement, to Count 1 of the

23  Indictment on April 3, 2023. *See* Dkt. #62-63. At that time, sentencing was set for July 24, 2023,

24  at 10:00 a.m. *See* Dkt. #63. The assigned probation officer has indicated that additional time is

25  necessary for preparation of the Presentence Investigation Report (PSR). The parties are

26  therefore in agreement to continue sentencing in this matter to August 14, 2023, at 10:00 a.m.

27       The requested continuance is made with the intention of conserving time and resources

28  for both the parties and the Court. The government is in agreement with this request and the

1    requested date is a mutually agreeable date for all parties. As this is a sentencing hearing, no

2    exclusion of time is necessary.

3

4                                              Respectfully submitted,

5
                                               PHILLIP A. TALBERT
6                                              United States Attorney

7    Date: June 12, 2023                       /s/ Henry Carbajal
                                               HENRY CARBAJAL
8                                              Assistant United States Attorney
                                               Attorney for Plaintiff
9

10                                             HEATHER E. WILLIAMS
                                               Federal Defender
11

12   Date: June 12, 2023                       /s/ Reed Grantham
                                               REED GRANTHAM
13                                             Assistant Federal Defender
                                               Attorney for Defendant
14                                             LORENE DEANDA

15

16

17

18

19                              **O R D E R**

20         IT IS HEREBY ORDERED that the sentencing hearing scheduled for Monday, July 24,

21   2023, at 10:00 a.m. be continued to Monday, August 14, 2023, at 10:00 a.m.

22

23   IT IS SO ORDERED.

24

25   Date:   June 13, 2023

26                                             Hon. Jennifer L. Thurston
                                               United States District Judge
27

28