1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  REED GRANTHAM, CA Bar #294171
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   LORENE DEANDA

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  UNITED STATES OF AMERICA, | Case No. 1:18-cr-00261-JLT-SKO |
| 12          Plaintiff, | **STIPULATION TO CONTINUE SENTENCING; ORDER** |
| 13  vs. | Date:   August 28, 2023 |
| 14  LORENE DEANDA, | Time:   10:00 a.m. |
| 15          Defendant. | Judge: Hon. Jennifer L. Thurston |
| 16 | |

17         IT IS HEREBY STIPULATED by and between the parties through their respective

18  counsel, Assistant United States Attorney Henry Carbajal, counsel for plaintiff, and Assistant

19  Federal Defender Reed Grantham, counsel for Lorene Deanda, that the sentencing hearing

20  currently scheduled for August 14, 2023, at 10:00 a.m. may be continued to August 28, 2023, at

21  10:00 a.m.

22         Ms. Deanda entered a plea of guilty, pursuant to a plea agreement, to Count 1 of the

23  Indictment on April 3, 2023. *See* Dkt. #62-63. At that time, sentencing was set for July 24, 2023,

24  at 10:00 a.m. *See* Dkt. #63. On June 13, 2023, sentencing was continued to August 14, 2023, to

25  provide additional time for the probation officer to prepare the Presentence Investigation Report

26  (PSR). *See* Dkt. #67. At that time, the due date for the draft PSR was July 5, 2023. However,

27  prior to that date, probation indicated that additional time was necessary to finalize the report.

28  The draft PSR was then filed on July 11, 2023. *See* Dkt. #69.

In order to provide the parties with sufficient opportunity to prepare and submit any informal and formal objections to the PSR, the parties are requesting that sentencing in this matter be continued to August 28, 2023, at 10:00 a.m. The requested continuance is made with the intention of conserving time and resources for both the parties and the Court. The government is in agreement with this request and the requested date is a mutually agreeable date for all parties. As this is a sentencing hearing, no exclusion of time is necessary.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: July 12, 2023          */s/ Henry Carbajal*
                             HENRY CARBAJAL
                             Assistant United States Attorney
                             Attorney for Plaintiff


                             HEATHER E. WILLIAMS
                             Federal Defender


Date: July 12, 2023          */s/ Reed Grantham*
                             REED GRANTHAM
                             Assistant Federal Defender
                             Attorney for Defendant
                             LORENE DEANDA

## O R D E R

IT IS HEREBY ORDERED that the sentencing hearing scheduled for Monday, August 14, 2023, at 10:00 a.m. be continued to Monday, August 28, 2023, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   **July 13, 2023**                    _[signature: Jennifer L. Thurston]_
                                              UNITED STATES DISTRICT JUDGE