HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
LORENE DEANDA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:18-cr-00261-JLT-SKO |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING; ORDER** |
| vs. | Date:   October 16, 2023 |
| LORENE DEANDA, | Time:  10:00 a.m. |
| Defendant. | Judge: Hon. Jennifer L. Thurston |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Brittany Gunter, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for Lorene Deanda, that the sentencing hearing currently scheduled for August 28, 2023, at 10:00 a.m. may be continued to October 16, 2023, at 10:00 a.m.

This matter is currently scheduled for sentencing on August 28, 2023. *See* Dkt. #71. The final draft of the Presentence Investigation Report (PSR) was filed on August 7, 2023. *See* Dkt. #72. The parties are currently in the process of preparing any formal objections to the PSR.

For the reasons set forth below, the defense is requesting a brief continuance of the sentencing hearing in this case. On August 2, 2023, Ms. Deanda was advised that she had just been diagnosed with a serious medical condition. As a result, Ms. Deanda has several medical appointments scheduled in the next few weeks, including a surgery currently set for September

22, 2023. In light of Ms. Deanda's developing medical condition, the defense is requesting a brief continuance of the current sentencing date so that Ms. Deanda can attend to her immediate medical appointments and needs. In addition, a continuance will enable the defense to better understand and document Ms. Deanda's health condition prior to sentencing. Lastly, counsel for Ms. Deanda has pre-scheduled leave in September, which was taken into consideration in selecting the date proposed herein. The defense has made the government aware of the specific medical condition involved.

In light of the above, the government does not oppose the continuance of the sentencing in this matter to the date proposed herein. The requested continuance is made with the intention of conserving time and resources for both the parties and the Court. The government is in agreement with this request and the requested date is a mutually agreeable date for all parties. As this is a sentencing hearing, no exclusion of time is necessary.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: August 10, 2023

*/s/ Brittany Gunter*
BRITTANY GUNTER
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: August 10, 2023

*/s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
LORENE DEANDA

**O R D E R**

IT IS HEREBY ORDERED that the sentencing hearing scheduled for Monday, August 28, 2023, at 10:00 a.m. be continued to Monday, October 16, 2023, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   **August 11, 2023**

UNITED STATES DISTRICT JUDGE