HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
LORENE DEANDA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LORENE DEANDA,<br><br>Defendant. | Case No. 1:18-cr-00261-JLT-SKO<br><br>**STIPULATION TO CONTINUE SENTENCING; ORDER**<br><br>Date: December 11, 2023<br>Time: 10:00 a.m.<br>Judge: Hon. Jennifer L. Thurston |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Brittany Gunter, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for Lorene Deanda, that the sentencing hearing currently scheduled for October 16, 2023, at 10:00 a.m. may be continued to December 11, 2023, at 10:00 a.m.

This matter is currently scheduled for sentencing on October 16, 2023. *See* Dkt. #74. The final draft of the Presentence Investigation Report (PSR) was filed on August 7, 2023. *See* Dkt. #72. Ms. Deanda filed her formal objections to the PSR on October 2, 2023. *See* Dkt. #75. For the reasons set forth below, the defense is requesting a brief continuance of the sentencing hearing in this case.

On August 2, 2023, Ms. Deanda was advised that she has skin cancer, appearing on several locations on her face. As a result, Ms. Deanda had several medical appointments,

including a surgery to remove these spots on September 22, 2023. Ms. Deanda underwent this surgery on September 22, 2023, and has been recovering. Ms. Deanda has several follow-up appointments currently scheduled for October 3, 2023, and October 19, 2023, respectively. It is also possible that a further removal surgery may be necessary, though it has not been scheduled as of the date of this filing.

In light of Ms. Deanda's developing medical condition, the defense is requesting a continuance of the current sentencing date so that Ms. Deanda can attend to her immediate medical appointments and needs and so that counsel may have additional time to work with Ms. Deanda and her family and to obtain documents relevant for sentencing. The government does not oppose the continuance of the sentencing in this matter to the date proposed herein. The requested continuance is made with the intention of conserving time and resources for both the parties and the Court. The government is in agreement with this request and the requested date is a mutually agreeable date for all parties. As this is a sentencing hearing, no exclusion of time is necessary.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: October 3, 2023      */s/ Brittany Gunter*
BRITTANY GUNTER
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: October 3, 2023      */s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
LORENE DEANDA

**O R D E R**

IT IS HEREBY ORDERED that the sentencing hearing scheduled for Monday, October 16, 2023, at 10:00 a.m. be continued to Monday, December 11, 2023, at 10:00 a.m.

IT IS SO ORDERED.

Dated:  **October 4, 2023**          _____
UNITED STATES DISTRICT JUDGE