HEATHER E. WILLIAMS, Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
LORENE DEANDA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:18-cr-00261-JLT-SKO |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER CONTINUING SURRENDER DATE** |
| v. | |
| LORENE DEANDA, | |
| Defendant. | Judge: Hon. Jennifer L. Thurston |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Assistant United States Attorney Brittany Gunter, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for defendant Lorene Deanda, that the self-surrender date for Ms. Deanda be continued from February 9, 2024, to April 22, 2024, at or before 12:00 p.m. at the Bureau of Prisons' Satellite Camp in Dublin, California.[1]

On December 11, 2023, this Court imposed a 37-month sentence. *See* Dkt. #80. At that time, a self-surrender date of February 9, 2024, by 12:00 p.m. was set. *See* Dkt. #80. Several weeks after the sentencing date, on December 26, 2023, Ms. Deanda's nephew was diagnosed with stage 4 metatastatic cancer. The defense has obtained records confirming Ms. Deanda's nephew's diagnosis. Ms. Deanda's nephew was the primary caregiver for Ms. Deanda's sister, Cathy Tucker, who is wheelchair bound and in need of live-in assistance. However, following

---

[1] The U.S. Marshals have confirmed that Ms. Deanda has been designated to the Dublin Satellite Camp.

her nephew's diagnosis, Ms. Deanda has been the only family member able to take on the role of caregiver for her sister and her nephew. Ms. Deanda is currently attempting to locate an assisted living facility for her sister since Ms. Deanda will not be able to continue to care for her when she surrenders to serve her sentence.

In addition, On January 24, 2024, Ms. Deanda's ophthalmologist scheduled Ms. Deanda for two cataract surgeries (one for each eye) on February 29, 2024, and March 13, 2024, respectively. Her ophthalmologist has provided a letter indicating that he would need to follow-up with Ms. Deanda a month following her last surgery. The government is in receipt of the document scheduling Ms. Deanda's surgeries and the note from her doctor regarding the need to follow-up a month following the last surgery.

For the above reasons, Ms. Deanda is requesting a continuance of her self-surrender date to April 22, 2024, by 12:00 p.m. at the Bureau of Prisons' Satellite Camp in Dublin, California. Ms. Deanda has been on pretrial release in this matter since December 18, 2018, approximately 5 years and 1 month, and her performance on pretrial release by all accounts has been exemplary. *See* PSR ¶ 3. In light of all of the above, the government does not oppose the defendant's request for a continuance of the self-surrender date in this case.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: January 30, 2024 */s/ Brittany Gunter*
BRITTANY GUNTER
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: January 30, 2024 */s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
LORENE DEANDA

# **O R D E R**

IT IS HEREBY ORDERED that the self-surrender date for Lorene Deanda be continued from February 9, 2024, to April 22, 2024, at or before 12:00 p.m. at the Bureau of Prisons' Satellite Camp in Dublin, California.

IT IS SO ORDERED.

Dated: **January 31, 2024**

UNITED STATES DISTRICT JUDGE