HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
LORENE DEANDA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:18-cr-00261-JLT-SKO |
|---|---|
| Plaintiff, | UNOPPOSED MOTION FOR RETURN OF PASSPORT; ORDER |
| vs. | |
| LORENE DEANDA, | |
| Defendant. | |

Lorene Deanda hereby moves this Court under Federal Rule of Criminal Procedure 46(g) for the return of her passport surrendered on December 18, 2018. Lorene Deanda first appeared in this Court on December 18, 2018, after being charged by criminal indictment on December 6, 2018. *See* Dkt. #1, #4. A detention hearing was held in the matter on December 18, 2018, and Ms. Deanda was ordered released on conditions. *See* Dkt. #6. Pursuant to the terms of her release, Ms. Deanda surrendered her United States Passport on December 18, 2018. *See* Dkt. #5, #8.

| 12/18/2018 | 5 | COLLATERAL RECEIVED as to Lorene Deanda: USA Passport No. 057744777 Received from Lorene Deanda. (Flores, E) (Entered: 12/18/2018) |
|---|---|---|

On December 11, 2023, Ms. Deanda was sentenced to 37 months in custody. *See* Dkt. #80. She was ordered to surrender to her designated Bureau of Prisons' (BOP) facility on

Deanda – Unopposed Motion for Return of Passport                    -1-

1  February 9, 2024. *See* Dkt. #80. Pursuant to a stipulated request to continue the surrender date,
2  the Court continued Ms. Deanda's surrender date to April 22, 2024. *See* Dkt. #84.
3  On April 22, 2024, Ms. Deanda surrendered to the BOP facility in Victorville, as
4  instructed by her Pretrial Services officer. Ms. Deanda is currently serving her sentence at the
5  BOP facility in Victorville, with a release date of November 15, 2026. *See* BOP Inmate Locator
6  at https://www.bop.gov/inmateloc/ (last visited July 10, 2024).
7  The government has no objection to this application. Accordingly, since no conditions
8  remain to be satisfied and Ms. Deanda is now serving the sentence in her case, it is requested that
9  her United States Passport be returned. Ms. Deanda requests that her United States Passport be
10 released by the Clerk's Office to her daughter, Nicole Valdez.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: July 11, 2024            */s/ Reed Grantham*
                               REED GRANTHAM
                               Assistant Federal Defender
                               Attorney for Defendant
                               LORENE DEANDA

**O R D E R**

IT IS HEREBY ORDERED that the Clerk of the Court return Ms. Deanda's United States Passport received on December 18, 2018, USA Passport No. 057744777. Ms. Deanda's United States Passport may be picked up from the Clerk's Office by her daughter, Nicole Valdez.

IT IS SO ORDERED.

Dated:  **July 12, 2024**                    /s/ *Barbara A. McAuliffe*
                                   UNITED STATES MAGISTRATE JUDGE

Deanda – Unopposed Motion for Return of Passport                -3-