UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 1:18-CR-00261-1-JLT |
| ) | |
| Plaintiff, ) | **ORDER APPOINTING COUNSEL** |
| ) | |
| vs. ) | |
| ) | |
| LORENE DEANDA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

The defendant has satisfied this Court that she is financially unable to obtain counsel and wishes appointed counsel to represent her on Compassionate Release. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A, the Court **ORDERS** that Meredith Fahn is appointed to represent the defendant in this case effective *nunc pro tunc* to August 2, 2024, substituting the Federal Defenders Office appointed per G.O. 595.

IT IS SO ORDERED.

Dated:   **August 8, 2024**

_____
UNITED STATES DISTRICT JUDGE