MEREDITH FAHN, State Bar No. 154467
1702-L Meridian Ave. #151
San Jose, CA 95125
Tel. (408)947-1512
fahn@sbcglobal.net

*Attorney for Defendant, Lorene DeAnda*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LORENE DEANDA,<br><br>Defendant. | No. 1:18-CR-00261-1-JLT<br><br>[~~PROPOSED~~] **ORDER GRANTING REQUEST FOR UNDER SEAL FILING OF EXHIBIT 1** |

   Defendant Lorene DeAnda has requested authorization to file Under Seal material that is Confidential and should not be publicly filed.  Defendant has omitted this item from her motion to reduce sentence pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (compassionate release).   Defendant's request is GRANTED.

   IT IS **HEREBY ORDERED** that defendant's counsel is authorized to file the following item Under Seal in a manner provided by Local Rule 141(e)(2)(i):

   1. Exhibit 1 to the Motion to Reduce Sentence Pursuant to 18 U.S.C.
      § 3582(c)(1)(A)(i) (compassionate release).

IT IS SO ORDERED.

   Dated:   **April 4, 2025**

_____
UNITED STATES DISTRICT JUDGE