MICHELE BECKWITH
Acting United States Attorney
BRITTANY GUNTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:18-CR-00261-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION FOR REDUCTION IN SENTENCE; [PROPOSED] ORDER |
| v. | |
| LORENE DEANDA, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. On March 30, 2025, the Defendant filed a motion for compassionate release. Docket No. 106. Pursuant to Local Rule the Government's response is due April 7, 2025.

2. Counsel for the Government requests additional time to obtain and review documents received from BOP and draft a proper response to the Defendant's motion. The Defendant does not oppose the Government's request.

3. Accordingly, by this stipulation, the parties jointly request that the Court set the briefing schedule on the Defendant's motion for compassionate release as follows:

   a) The Government's response to the Defendant's motion for compassionate release is to be filed on or before April 29, 2025;

b) The Defendant's reply to the Government's response to be filed on or before May 29, 2025.

IT IS SO STIPULATED.

Dated: April 4, 2025

MICHELE BECKWITH
Acting United States Attorney

/s/ *Brittany Gunter*
BRITTANY GUNTER
Assistant United States Attorney

Dated: April 4, 2025

*/s/ Meredith Fahn*
MEREDITH FAHN
Attorney for Defendant
Lorene Deana

## [~~PROPOSED~~] ORDER

Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the Defendant's motion for compassionate release:

a) The Government's response to the Defendant's motion, (Docket No. 106), is now due on or before April 29, 2025;

b) The Defendant's reply to the Government's response, if any, is due on or before May 29, 2025.

IT IS SO ORDERED.

Dated:   **April 4, 2025**

UNITED STATES DISTRICT JUDGE