1  MICHELE BECKWITH
   Acting United States Attorney
2  BRITTANY GUNTER
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,              | CASE NO. 1:18-CR-00261-JLT
12 |              Plaintiff,                 | [~~PROPOSED~~] ORDER SEALING DOCUMENTS AS SET FORTH IN GOVERNMENT'S NOTICE
13 |         v.                              |
14 | LORENE DEANDA,                          |
15 |              Defendant.                 |

16

17

18      Before the Court for decision is the government's Request to Seal Exhibit 2 to its opposition to

19 the defendant's motion for sentence reduction. The Court has considered the factors set forth in

20 *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir.

21 1990), and finds for the reasons stated in the government's Request that sealing the Request and Exhibit

22 2 serves a compelling interest; in the absence of closure, the compelling interests identified by the

23 government would be harmed; and there are no additional alternatives to sealing the government's

24 Request and Exhibit 2 that would adequately protect the compelling interests identified by the

25 government.

26 ///

27 ///

28 ///

Pursuant to Local Rule 141(b) and based upon the representations contained in the government's Request to Seal, IT IS HEREBY ORDERED that Exhibit 2 to the government's opposition to the defendant's motion for sentence reduction pertaining to defendant Lorene Deanda, and the Government's Request to Seal, shall be SEALED until further order of the Court.

It is further ordered that electronic access to the sealed documents shall be limited to the United States and counsel for the defendant.

IT IS SO ORDERED.

Dated: **April 29, 2025**

UNITED STATES DISTRICT JUDGE