MEREDITH FAHN, State Bar No. 154467
1702-L Meridian Ave. #151
San Jose, CA 95125
Tel. (408)947-1512
fahn@sbcglobal.net
*Attorney for Defendant, Lorene DeAnda*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LORENE DEANDA,<br><br>Defendant. | No. 1:18-CR-00261-1-JLT<br><br>STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE UNDER 18 U.S.C. § 3582(c)(1)(A); [PROPOSED] ORDER |

**STIPULATION**

Plaintiff United States of America (the "Government"), by and through its counsel

of record, and the Defendant, Lorene DeAnda, by and through her counsel of record,

hereby stipulate as follows:

1.  On April 29, 2025, the Government filed opposition to defendants' motion for

reduction of sentence (compassionate release). Docket No. 113. Pursuant to

stipulation and order, Defendant's reply (if any) is due May 29, 2025. Docket

No. 112.

2.  Earlier this month, Ms. DeAnda was given a date of June 5, 2025 for release from her current placement at BOP-Victorville to a halfway house.  Ms. DeAnda made satisfactory transportation arrangements and signed papers for that plan on or around May 12, 2025.  Ms. DeAnda has sought further information as to whether and when she will be placed in home confinement, but will not know until mid-June.  It is possible that she will have returned to her home by then, and either have Medicare reinstated or be on the verge of securing that health care coverage.

3.  As circumstances exist today, Ms. DeAnda would file a reply to the Government's opposition.  However, in light of the anticipated change in placement, and in the interests of judicial economy and conserving resources, Defendant requests an additional 28 days to file the reply, for a proposed new deadline of June 26, 2025.  The Government does not oppose the defense's request.

4.  Accordingly, by this stipulation, the parties jointly request that the Court modify the briefing schedule on the defendant's motion as follows:

a)  The Defendant's reply to the Government's response, if any, is due on or before June 26, 2025.

/ / /

/ / /

/ / /

/ / /

2

IT IS SO STIPULATED.


Dated:  May 13, 2025                    MICHELE BECKWITH
                                       Acting United States Attorney

                                       /s/ *Brittany Gunter*
                                       BRITTANY GUNTER
                                       Assistant United States Attorney


Dated:  May 13, 2025                   /s/ *Meredith Fahn*
                                       MEREDITH FAHN
                                       Counsel for Defendant
                                       Lorene DeAnda


### [~~PROPOSED~~] ORDER

Based upon the stipulation and representations of the parties, the Court adopts the

following as a modified briefing schedule regarding the defendant's motion for

compassionate release:

a) The Defendant's reply to the Government's response, if any, is due on or

before June 26, 2025.


IT IS SO ORDERED.

Dated:   **May 13, 2025**                    _____
                                             UNITED STATES DISTRICT JUDGE

3

STIPULATION RE: BRIEFING SCHEDULE