1

2

3

4

5

6

7

8                              **UNITED STATES DISTRICT COURT**

9                              **EASTERN DISTRICT OF CALIFORNIA**

10

11    UNITED STATES OF AMERICA,                 Case No.: 1:18-cr-00261 JLT

12                    Plaintiff,                 ORDER GRANTING DEFENDANT'S
                                                 REQUEST TO SEAL
13            v.

14    LORENE DEANDA,                             (Doc. 121)

15                    Defendant.

16

17        Before the Court is Defendant Lorene DeAnda's Notice of Request to Seal Exhibit 4 to

18 Defendant's reply in connection with her motion for sentence reduction under 18 U.S.C.

19 § 3582(c)(1)(A)(i). (Doc. 121.)

20        The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court*

21 *for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990), and finds that, for the reasons stated in

22 Defendant's Request, sealing the Request and Exhibit 4 serves a compelling interest; that in the absence

23 of closure, the compelling interests identified in the Request would be harmed; and that there are no

24 additional alternatives to sealing Defendant's Request and Exhibit 4 that would adequately protect the

25 compelling interests identified.

26        Pursuant to Local Rule 141(b) and based upon the representations contained in the Request to

27 Seal, **IT IS HEREBY ORDERED** that Exhibit 4 to Defendant's reply in connection with her motion

28 for sentence reduction and Defendant's Request to Seal (Doc. 121) shall be **SEALED** until further order

1

1    of the Court. It is further ordered that electronic access to the sealed documents shall be limited to the

2    United States and counsel for Defendant.

3        **In accordance with Local Rule 141(e)(2), defense counsel shall submit the exhibit subject to**

4    **seal, as described herein, for sealed docketing.**

5

6    IT IS SO ORDERED.

7        Dated:    **June 27, 2025**

    UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28